**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00494-CV**

_____

**ULFCAR PRODUCTION APS, Appellant**

**V.**

**FLOWCRETE NORTH AMERICA, INC., RPM INTERNATIONAL, INC., FLOWCRETE GROUP LIMITED, FLOWCRETE UK, LTD, MARK GREAVES AND GRANT ADAMSON, Appellees**

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 16-05-05576-CV**

**MEMORANDUM OPINION**

The appellant, Ulfcar Production ApS, filed a motion to dismiss this accelerated appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on February 28, 2018
Opinion Delivered March 1, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.